[No. 4017–II. Division Two. August 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD PAUL IVY, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 791292, Robert J. Doran, J., entered April 12, 1979. *Dismissed* by unpublished opinion per Pearson, J., concurred in by Callow, C.J., and Petrich, J.

[No. 3931–II. Division Two. August 25, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAYTON ROBERT IRONNECKLACE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 54206, E. Albert Morrison, J., entered February 9, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 7350–8–I. Division One. August 25, 1980.]

JOHN D. YATES, ET AL, *Appellants,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 839042, 839033, William C. Goodloe, J., entered June 12, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Dore, JJ.